STATE OF NEW JERSEY v. JEFFERSON CURRY.

July 21, 1980.

Petition for certification denied.

WINDING BROOK REALTY v. RUTH PLATZER.

July 21, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 472)

SHARON LOUISE MALONEY v. CLARENCE
THOMAS MALONEY.

July 21, 1980.

Petition for certification denied.

MID–COUNTY CENTER v. BOROUGH OF SHREWSBURY.

July 21, 1980.

Petition for certification denied.